ELIZABETH SHINE, Respondent, v. DANIEL SHINE, Appellant.— Order granting motion for alimony and counsel fee modified by reducing the award of counsel fee

to the sum of $100, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.